UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MOKHTAR BENGANA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:06CV1569SNL |
| ) | |
| MICHAEL CHERTOFF, Secretary of the ) | |
| Department of Homeland Security, et. al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

In accordance with the memorandum opinion filed herein this date,

**IT IS HEREBY ORDERED** that plaintiff's motion and application for hearing and for determination of citizenship (#1) be and is **DENIED**.

**IT IS FURTHER ORDERED** that defendants' motion for remand (#2) be and is **GRANTED**. This matter is hereby **REMANDED** to the United States Citizenship and Immigration Services to make a final determination of Plaintiff Mokhtar Bengana's Form N-400 Application for Naturalization as expeditiously as possible but in no event later than thirty (30) days after the completion of his background investigation.

**IT IS FINALLY ORDERED** that this Court retains jurisdiction to review this matter in the event that the USCIS is unable to make said final determination within six (6) months of the date of this Order. Upon review of this matter, the defendants shall show good cause as to why a final determination of plaintiff's application has not been made.

Dated this  8th  day of May, 2007.

_____
SENIOR UNITED STATES DISTRICT JUDGE